# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 08, 2026

Mr. John Michael Connolly
Consovoy McCarthy, P.L.L.C.
1600 Wilson Boulevard
Arlington, VA 22209


Mr. Thad M. Guyer
T.M. Guyer & Friends, P.C.
116 Mistletoe Street
P.O. Box 1061
Medford, OR 97501


Mr. Caleb Hayes-Deats
Lowell & Associates, P.L.L.C.
1250 H Street, N.W.
Suite 250
Washington, DC 20005


Mr. Stephen Martin Kohn
Kohn, Kohn & Colapinto, L.L.P.
1710 N Street, N.W.
Washington, DC 20036


Mr. William Kenneth Shirey
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549


   No. 25-60572   Sealed Petitioner v. Sealed Respondent
               USDC No. 104137

Dear Counsel,

You must submit the **6 paper copies of your brief** required by 5th
Cir. R. 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.

You must submit the **4 paper copies of your record excerpts** required
by 5th Cir. R. 30.1.2 within 5 days of the date of this notice
pursuant to 5th Cir. ECF Filing Standard E.1. Exception: As of
July 2, 2018, record excerpts filed in relation to Anders briefs
only require 2 paper copies. **We remind attorneys that the paper
copies of record excerpts filed with the court must contain**

**physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray. Amicus Curiae's Brief must be green.

Please be sure that you print your paper copies **from the sufficient brief/record excerpts event** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. **Please be sure that paper copies submitted have the CM/ECF filing header at the top of the page.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

Sincerely,

LYLE W. CAYCE, Clerk

*Olivia Andry*

By: _____
Olivia G. Andry, Deputy Clerk

cc:
Mr. Steven Christopher Begakis
Ms. Jacklyn DeMar
Mr. Jeffrey Finnell
Ms. Tracey A. Hardin
Ms. Emily True Parise